1  Rachel M. Dollar, SBN 199977
   Austin D. Garner, SBN 184022
2  Sherrill A. Oates, SBN 213763
   SMITH DOLLAR PC
3  Attorneys at Law
   404 Mendocino Avenue, Second Floor
4  Santa Rosa, California 95401
   Telephone: (707) 522-1100
5  Facsimile: (707) 522-1101

6  Attorneys for Defendants

7

8  DISTRICT COURT NORTHERN DISTRICT COURT - SAN JOSE DIVISION

9

10 MARK MURILLO, an individual and TAMI L.        CASE NO.: C 09-00504 RS  JW
   MURILLO, an individual,
11                                                [PROPOSED] ORDER GRANTING
       Plaintiffs,                                DEFENDANTS' REQUEST TO APPEAR AT
12                                                MEDIATION BY TELEPHONE
   v.
13                                                Judge:   Honorable James Ware
   AURORA LOAN SERVICES, INC., a
14 Delaware Corporation; LEHMAN BROTHERS          Complaint Filed: January 13, 2009
   BANK, FSB, A FEDERAL SAVINGS BANK;             Trial Date:
15 WASHINGTON MUTUAL BANK, a
   Washington Corporation, BANK OF
16 AMERICA, a National Trust & Savings
   Association; MORTGAGE ELECTRONIC
17 REGISTRATION SYSTEMS, INC., a Delaware
   Corporation; CAL-WESTERN
18 RECONVEYANCE CORPORATION, AS
   TRUSTEE; BARCLAYS, PLC, a Foreign
19 Corporation; and DOES 1 through 50, inclusive

20     Defendants.

21     GOOD CAUSE HAVING BEEN SHOWN, Defendants Aurora Loan Services, LLC,

22 Lehman Brothers Bank, FSB, and Mortgage Electronic Registration Systems, Inc. ("Aurora")

23 request to appear telephonically at the mediation of the above case and the two related cases,

24 scheduled for _____TBD_____ at _____ in

25 these related actions is hereby granted.

26     IT IS SO ORDERED.                          IT IS SO ORDERED

27

28 Dated: 6-4-09
                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE