**LAWRENCE P. RAMIREZ, (State Bar No. 141550)**
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone: (408) 971-1119
Facsimile: (408) 971-1625

Attorney for Plaintiff
Mark Murillo and Tami L. Murillo

*IT IS SO ORDERED*
*[signature] Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MURILLO, an individual and TAMI L. MURILLO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, INC., a Delaware Corporation; LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK; CAL-WESTERN RECONVEYANCE CORPORATION, AS TRUSTEE; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: C 09-00504 JW<br><br>**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL BASED ON SETTLEMENT AGREEMENT** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Dismissal based on settlement between the parties, signed by the parties on January 18, 2010. Plaintiffs Mark Murillo and Tami L. Murillo, by and through their attorneys, voluntarily dismiss the above captioned action with prejudice, each party to bear its own fees and costs.

Dated this January 22, 2010

Respectfully Submitted,

/s/ Lawrence P. Ramirez

**\*\*\* ORDER \*\*\***

The Clerk shall close this file.

Dated: February 8, 2010

_____
JAMES WARE
United States District Judge

**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL**